IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| K2K Yacht Charters, LLC<br>2980 Ericusa Lane<br>Indialantic, Florida 32903 | * * * * | |
| *Plaintiff,* | * * | |
| v. | * * | |
| Paul Burgess<br>413 South Ann Street<br>Baltimore, Maryland, 21231 | * * * * | Case No. |
| *Defendant,* | * * | |
| v. | * * | |
| Harbor East Parcel D - Hotel, LLC<br>1515 Fleet Street<br>Baltimore, Maryland 21231 | * * * * | |
| Serve On: | * * | |
| George J. Philippou, Resident Agent<br>650 S. Exeter Street, Suite 200<br>Baltimore, Maryland 21202 | * * * * | |
| *Defendant.* | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT**

K2K Yacht Charters, LLC, a Florida Limited Liability Company, Plaintiff, by Hartman, Attorneys at Law, and C. Edward Hartman, III, its attorneys, hereby brings suit against Paul Burgess and against Harbor East Parcel D - Hotel, LLC, and for cause of action states:

### PARTIES

1. The Plaintiff is a Florida limited liability company with its principal place of business located in Indialantic, Florida.

2. The defendant Paul Burgess is an individual residing in Baltimore, Maryland.

3. The defendant Harbor East Parcel D - Hotel, LLC is a Maryland limited liability company with its principal place of business in Baltimore, Maryland.

## JURISDICTION AND VENUE

4. This court has personal jurisdiction over the defendants because they reside and do business in Maryland.

5. This court has subject matter jurisdiction over this case pursuant to 28 USCS § 1333 because the events giving rise to this complaint occurred on navigable waters and this matter involves the application of maritime law, including but not limited to, the Passenger Vessel Safety Act of 1993 and the manning requirements set forth in 46 CFR 15.101 *et seq*.

6. The venue of the US District Court for the District of Maryland located in Baltimore is proper, as the defendants live and reside and maintain a principal place of business in Baltimore, Maryland.

## FACTS COMMON TO ALL COUNTS

7. On or about January 11, 2024, a contract was formed by which a 2022, 43', Bali 4.4 Catamaran, hull identification number CATBF020F222 (hereinafter referred to as the "Vessel") was leased to defendant Harbor East Parcel D - Hotel, LLC (hereinafter referred to as "Four Seasons"). Pursuant to that agreement, Four Seasons hired Paul Burgess to operate the Vessel on up to three trips per day. Mr. Burgess' captain's license had expired nearly 9 years prior. He had no individual insurance.

8. Four Seasons controlled the entire operation with the Vessel and Mr. Burgess, including but not limited to, the hiring and firing of Mr. Burgess, advertising the trips on the boat,

dealing with the customers, collecting payment from the customers, maintaining the Vessel and paying for all of its expenses.

9. Mr. Burgess was an employee of Four Seasons up until they fired him.

10. On or about July 29, 2024, Four Seasons set up a ride on the Vessel with Four Seasons' customers and informed Mr. Burgess that he was to drive. At about 4:00 p.m., in clear weather and calm conditions, while underway with customers on board, Mr. Burgess fell asleep, and the Vessel smashed into a seawall, causing significant damage.

11. In addition to the cost of repair of the Vessel, plaintiff lost charter income. The Vessel was supposed to be taken to the Bahamas and placed with a company for charter in the Abacos.

## COUNT I
## NEGLIGENCE

12. Plaintiff hereby re-avers and re-alleges the allegations contained in paragraphs one through eleven.

13. Mr. Burgess owed plaintiff a duty of reasonable care in operation of the Vessel. Mr. Burgess breached that duty when he fell asleep and allowed the Vessel to smash into a seawall.

14. The plaintiff suffered substantial damage as a direct result of the breach of duty by Mr. Burgess.

15. The plaintiff was not negligent in any way.

WHEREFORE, plaintiff respectfully requests that this Honorable Court:

A. Enter judgment in favor of plaintiff against Mr. Paul Burgess in an amount in excess of Seventy Five Thousand Dollars ($75,000.00);

B. Grant such other and further relief as the nature of this cause may require.

## COUNT II

### RESPONDEAT SUPERIOR

16. Plaintiff hereby re-avers and re-alleges the allegations contained in paragraphs one through fifteen.

17. Four Seasons was the employer of Mr. Paul Burgess in his activities as skipper of the Vessel, scheduled for three trips a day, seven days a week, under the complete control of Four Seasons. Mr. Burgess wore a Four Seasons uniform and had zero contact with the customers, other than being on the boat with them.

18. Four Seasons operated an illegal chartering operation under 46 CFR 15.605(b), because they allowed Mr. Burgess to captain the Vessel with an expired Merchant Mariner Credential, which he was required to hold.

19. Four Seasons, as the charterer and "person in charge" of the Vessel, was responsible for ensuring that Mr. Burgess held valid credentials under 46 CFR 15.105(b).

20. Four Seasons is vicariously liable for the damage caused by Mr. Burgess' negligence in operating the Vessel as part of his employment with Four Seasons.

WHEREFORE, plaintiff respectfully requests that this Honorable Court:

C. Enter judgment in favor of plaintiff against Four Seasons in an amount in excess of Seventy Five Thousand Dollars ($75,000.00);

D. Grant such other and further relief as the nature of this cause may require.

Date:  September 25, 2025                    Respectfully Submitted,

                                                          HARTMAN, ATTORNEYS AT LAW

                            By:   /s/ C. Edward Hartman, III
                                 C. Edward Hartman, III, No. 07716
                                 116 Defense Highway, Suite 300
                                 Annapolis, Maryland 21401-7047
                                 Telephone:  (410) 266-3232
                                 Facsimile:  (410) 266-5561
                                 Email:  Ed@Hartman.law
                                 *Attorneys for Plaintiff*