IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

|  |  |
|---|---|
| K2K YACHT CHARTERS, LLC | : |
| | : |
| | : |
| *Plaintiff*, | : |
| | : Case No.: 1:25-cv-03189-CJC |
| v. | : |
| | : |
| PAUL BURGESS, *et al.*, | : |
| | : |
| *Defendants*. | : |

_____ :

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Leave to File Sur-reply to Defendant's Reply to Plaintiff's Response to Motion to Compel Arbitration and Stay Proceedings, and any response in opposition thereto, it is by the United States District Court for the District of Maryland this _____ day of _____, 2025,

ORDERED, that Plaintiff's Sur-reply be and is hereby docketed; and it is further

ORDERED, that the Defendant's Motion to Compel Arbitration and Stay Proceedings be and is DENIED.

_____
Judge
United States District Court for the
District of Maryland

cc:  All Counsel via ECF